# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Dionne Parmer, | § | |
| | § | Case No.: 11-50638-mss |
| Debtor, | § | Chapter 13 |
| | § | Judge Marilyn Shea-Stonum |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Now come Theran J. Selph, Sr. and SELPH LAW, LTD. and hereby notice this Honorable Court and all parties of their appearance of counsel for Creditor Landmark Acceptance Corporation (Heritage Acceptance Corporation). Please serve all filings and orders accordingly.

Respectfully submitted,

SELPH LAW, LTD.

 /s/ *Theran J. Selph, Sr.*
Theran J. Selph, Sr.     (0079376)
PO Box 341318
Columbus, Ohio 43234-1318
614/453-0971; 866/519-5298 (facsimile)
tselph@selphlaw.com
*Counsel for Creditor Landmark Acceptance Corporation*
*(Heritage Acceptance Corporation)*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed on March 1, 2011, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Keith Rucinski | Robert M. Whittington, Jr. |
| Chapter 13 Trustee | 159 S. Main Street |
| One Cascade Plaza | Key Bldg. |
| Suite 2020 | #1023 |
| Akron, OH 44308 | Akron, OH 44308-1318 |
| *Trustee* | *Counsel for Debtor* |

*/s/ Theran J. Selph, Sr.*
Theran J. Selph, Sr.     (0079376)
*Counsel for Creditor Landmark Acceptance Corporation*
*(Heritage Acceptance Corporation)*

###